UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | | |
|---|---|---|
| MARVIN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 11-CV-154-KKC |
| | ) | |
| V. | ) | |
| | ) | |
| J.C. ZUERCHER, Warden, *et al.*, | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** that the complaint filed under 28 U.S.C. § 1331 pursuant to the doctrine announced in *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971) by Marvin Johnson against Warden J. C. Zuercher; Unit Manager Mullens; Case Manager Ms. Brown; Counselor Mr. Parker; and Senior Officer Shawn Todd [R. 1] is **DISMISSED WITH PREJUDICE** and Judgment is **ENTERED** in favor of the defendants.

Dated this 26th day of July, 2012.



Signed By:
*Karen K. Caldwell*    KKC
**United States District Judge**